# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 5, 2017

*By the Court:*

| | |
|---|---|
| No. 16-3450 | ELIGIO TORRES, JR., Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO, et al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:12-cv-07844<br>Northern District of Illinois, Eastern Division<br>District Judge Joan B. Gottschall | |

Upon consideration of the **MOTION TO DISMISS APPEAL BY AGREEMENT**, filed by on October 5, 2017, by counsel for Appellant Eligio Torres,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

*Eleanor Royster*
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit